# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| VERA MAE JACKSON, | |
| Plaintiff, | |
| vs. | Civil Action No. 13-00006-B |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability, disability insurance benefits, and supplemental security income be **AFFIRMED**.

DONE this **28th** day of **March, 2014**.

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**